# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

VICENZO GRANDE,

      Plaintiff,

v.                                  Case No.   3:23-cv-356-MMH-PDB

HOMESPIRE MORTGAGE
CORPORATION,

      Defendant.

_____/

# O R D E R

**THIS CAUSE** is before the Court on the Joint Notice of Resolution (Dkt. No. 17; Notice) filed on May 23, 2023.  In the Notice, the parties advise the Court that they have reached a settlement in this matter.  <u>See</u> Notice at 1. Accordingly, it is hereby

**ORDERED:**

1.    The parties shall have until **July 23, 2023**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

2.    If the parties have not filed settlement pleadings or a request for additional time by the **July 23, 2023**, deadline, this case will automatically be deemed to be dismissed without prejudice.

3.    The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida this 24th day of May, 2023.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record